No. _____

82,329-02

In The Court of Criminal Appeals

Brandon, Caleb v. Juvenile Dist. Ct. Austin, Texas
2515 S. Congress Avenue

Motion For Leave To File Writ of Mandamus

To The Honorable Judges of Said Court:

Comes now, Brandon Caleb, The Applicant, who Files, Pro se, and for Cause would show the following:

I.      Applicant has a felony Offense Conviction in Cause No. J-32272 out of the 227/098 Th, Judicial Juvenile Court. Applicant has attempted to file numerous applications for an out-of-time appeal: Writ of Habeas Corpus (11.07) on

1st writ: 8-18-14, inquiry on 10-16-14; Mandamus
2nd writ: 11-15-14
3rd writ: 12-14-14
4th writ: 1-14-15
5th writ: 2-9-15

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 06 2015
Abel Acosta, Clerk

Page 1 of 3

6th: Mandamus to the Court of Criminal Appeals on 10-23-14 and denied on 11-5-14 WR-82,329-01

And twice in the Adult District Court all writs have been ignored   No response has been returned.

Here, The Tex. Dept. of Crim. Justice outgoing Legal Lodge would Confirm Legal Mail has been Sent to the above locations: and, none have been returned, Applicant has no other Remedy at law.

## Texas Law

In Texas, an applicant for writ of Habeas Corpus relief has a Constitutional Right to access to Court as well as a Statutory right to file an application for writ of Habeas Corpus with the district Clerk. See Deleon V. Dist. Clerk 187 Sw3d 473 (Texas Crim. App. 2006) Winters V. Presiding Judge of the Criminal District Ct. No. Three, 118 Sw3d 773, 775 (Tex. Crim. App. 2003)

Therefore, applicant Respectfully Requests the Honorable Court issue an order to the Lower Court to accept and file application for writ of Habeas Corpus Seeking an out-of-time appeal

Respectfully Submitted,

_Caleb Brandon_
Signature

Brandon, Caleb #1896191
Clemens Unit
11034 HWY 36
Brazoria, Texas 77422


## Certificate OF Service

I hereby Certify that a true and Correct Copy Seeking mandamus was mailed to the:

Court of Criminal Appeals
P.O. Box 12308, Capitol Sta.
Austin, Texas 78711


On ~~February~~ March 2nd, 2015

_Caleb Brandon_
Brandon, Caleb
Pro Se